Mike Smith, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 7,587.

Suit for trespass and assault, arising out of shooting of defendant in the leg by defendant's watchman. Judgment for plaintiff confirmed on appeal. Rehearing granted. Appeal from the Circuit Court of Sangamon county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed October 26, 1923.

Graham & Graham, for appellant; John G. Drennan, of counsel. Edmund Burke, William J. Lawler and Herman H. Cohn, for appellee.

Per Curiam.

---

W. A. Colyer, appellee, v. Walter B. Shannon and Doster Shannon, appellants. Gen. No. 7,645.

Insufficient abstracts filed. Appeal from the Circuit Court of Douglas county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed October 26, 1923.

John H. Chadwick and P. M. Moore, for appellants. Craig & Craig, for appellee.

Per Curiam.

---

Ray Chavis and Will S. Stewart, copartners, trading as Stewart & Chavis, appellees, v. William T. Hartz, appellant. Gen. No. 7,638.

Action of forcible detainer against leaseholder. Judgment for plaintiffs. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1923. Reversed and cause remanded. Opinion filed January 10, 1924.

W. O. Edwards, for appellant. Graham & Dysert, for appellees.
Mr. Presiding Justice Heard delivered the opinion of the court.

---

W. S. Logan, appellee, v. W. C. McBride, Inc., appellant. Gen. No. 7,647.

Assumpsit for price of gas or oil well machinery arising out of contract for use and alleged conditional sale. Judgment for plaintiff. Appeal from the Circuit Court of Edgar county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1923. Reversed and cause remanded. Opinion filed January 10, 1924.

Shaw & Huffman, for appellant. O'Hair & McClain, for appellee.
Mr. Presiding Justice Heard delivered the opinion of the court.